Michael P. Kenny, Esq. (Georgia Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (Georgia Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (Georgia Bar No. 283819)
rod.ganske@alston.com
Andrew J. Tuck, Esq. (Georgia Bar No. 402306)
Andy.tuck@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (State Bar No. 95535)
wagstaffe@kerrwagstaffe.com
Adrian J. Sawyer, Esq. (State Bar No. 203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
TEL: (415) 371-8500
FAX: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No.: 3:13-cv-03350-RS |
| This Document Relates to: | MDL No. 2143 |
| DELL INC. and DELL PRODUCTS L.P. | JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS |
| Plaintiffs, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC.; HITACHI-LG DATA STORAGE KOREA, INC.; HITACHI, LTD.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; LITE-ON IT CORP. OF TAIWAN; KONINKLIJKE PHILIPS N.V.; BENQ CORPORATION; BENQ AMERICA CORP.;SONY CORPORATION; SONY OPTIARC INC.; NEC CORPORATION; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY ELECTRONICS, INC.; TOSHIBA CORPORATION; SAMSUNG | |

| | |
|---|---|
| 1 | ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP. KOREA; |
| | Defendants. |

## JOINT STIPULATION

It is stipulated by and between the undersigned parties, by their respective attorneys, that Hitachi, Ltd. ("Hitachi"), a corporation domiciled in Japan, agrees to waive service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS and Dell will mail a copy of the Complaint to Hitachi via Federal Express (or other global delivery service) at an address in Japan to be provided to Dell by counsel for Hitachi. The deadline for Hitachi to answer, move to dismiss, or otherwise respond to the Complaint shall be extended to December 6, 2013 or 90 days from receipt by Hitachi of the Complaint delivered in the manner described above, whichever is later. This stipulation does not constitute a waiver by Hitachi of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: September 9, 2013

| **ALSTON & BIRD LLP** | **VINSON & ELKINS LLP** |
|---|---|
| /s/ Rodney J. Ganske | /s/ Craig P. Seebald |
| RODNEY J. GANSKE, Ga. Bar No.283819<br>ALSTON & BIRD LLP<br>1201 W. Peachtree Street NW<br>Atlanta, Georgia 30309<br>TEL: (404) 881-7000<br>FAX: (404) 881-7777<br>rod.ganske@alston.com<br><br>Attorney for Plaintiffs Dell Inc. and Dell Products L.P. | CRAIG P. SEEBALD<br>cseebald@velaw.com<br>JASON LEVINE<br>jlevine@velaw.com<br>2200 Pennsylvania Ave. NW<br>Suite 500 West<br>Washington, DC 20037-1701<br>TEL: (202) 639-6755<br>FAX: (202) 879-8950<br><br>Attorneys for Defendant Hitachi Ltd. |

1
2
3

\* \* \*

4  IT IS SO ORDERED.
5  Dated: __9/12/13_____      _____
6                                           RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE OF PROCESS                    Case No. 3:13-cv-03350-RS; MDL No. 2143