1 Michael P. Kenny, Esq. (Georgia Bar No. 415064)
  mike.kenny@alston.com
2 Debra D. Bernstein, Esq. (Georgia Bar No. 054998)
  debra.bernstein@alston.com
3 Rodney J. Ganske, Esq. (Georgia Bar No. 283819)
  rod.ganske@alston.com
4 Andrew J. Tuck, Esq. (Georgia Bar No. 402306)
  Andy.tuck@alston.com
5 **ALSTON & BIRD LLP**
  1201 West Peachtree Street
6 Atlanta, Georgia 30309-3424
  Tel: (404) 881-7000
7 Facsimile: (404) 881-7777

8 James M. Wagstaffe, Esq. (State Bar No. 95535)
  wagstaffe@kerrwagstaffe.com
9 Adrian J. Sawyer, Esq. (State Bar No. 203712)
  sawyer@kerrwagstaffe.com
10 **KERR & WAGSTAFFE LLP**
  100 Spear Street, 18th Floor
11 San Francisco, CA 94105-1576
  TEL: (415) 371-8500
12 FAX: (415) 371-0500

13 Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 IN RE: OPTICAL DISK DRIVE PRODUCTS | Case No.: 3:13-cv-03350-RS
   ANTITRUST LITIGATION
18                                    | MDL No. 2143
   This Document Relates to:
19                                    | JOINT STIPULATION AND [~~PROPOSED~~]
   DELL INC. and DELL PRODUCTS L.P.   | ORDER REGARDING SERVICE OF
20                                    | PROCESS
                    Plaintiffs,
21
   v.
22
   HITACHI-LG DATA STORAGE, INC.;
23 HITACHI-LG DATA STORAGE KOREA, INC.;
   HITACHI, LTD.; PHILIPS & LITE-ON DIGITAL
24 SOLUTIONS CORP.; PHILIPS & LITE-ON
   DIGITAL SOLUTIONS USA, INC.; LITE-ON IT
25 CORP. OF TAIWAN; KONINKLIJKE PHILIPS
   N.V.; BENQ CORPORATION; BENQ AMERICA
26 CORP.; SONY CORPORATION; SONY
   OPTIARC INC.; NEC CORPORATION; SONY
27 NEC OPTIARC INC.; SONY OPTIARC
   AMERICA INC.; SONY ELECTRONICS, INC.;
28 TOSHIBA CORPORATION; SAMSUNG

1   ELECTRONICS CO. LTD.; SAMSUNG
    ELECTRONICS AMERICA, INC.; TOSHIBA
2   AMERICA INFORMATION SYSTEMS, INC.;
    TOSHIBA SAMSUNG STORAGE
3   TECHNOLOGY CORP.; TOSHIBA SAMSUNG
    STORAGE TECHNOLOGY CORP. KOREA;

4                           Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1.      Undersigned counsel of ROPES & GRAY agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc. (collectively, the "HLDS Defendants").  The HLDS Defendants shall have until Friday, November 22, 2013 to file a response thereto.

2.      Undersigned counsel of BAKER BOTTS LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Koninklijke Philips N.V. ("Philips"), Lite-On IT Corp. of Taiwan ("Lite-On"), Philips & Lite-On Digital Solutions Corp. ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, the "Philips Defendants").  The Philips Defendants shall have until Friday, November 22, 2013 to file a response thereto.

3.      Undersigned counsel of DICKSTEIN SHAPIRO LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS on behalf of Defendants BenQ Corporation and BenQ America Corp. (collectively, the "BenQ Defendants").  The BenQ Defendants shall have until Friday, November 22, 2013 to file a response thereto.

4.      Undersigned counsel of LATHAM & WATKINS LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba Samsung Storage Technology Corp. ("TSST"), and Toshiba Samsung Storage Technology Korea Corp. ("TSSTK").  Each of Toshiba Corp., TAIS, TSST and TSSTK shall have until Friday, November 22, 2013 to file a response thereto.

5.      Undersigned counsel of O'MELVENY AND MYERS LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Samsung Electronics Co. Ltd. ("Samsung") and

1  Samsung Electronics America, Inc. ("SEA") (collectively, the "Samsung Defendants").   The

2  Samsung Defendants shall have until Friday, November 22, 2013 to file a response thereto.

3        6.        Undersigned counsel of WINSTON & STRAWN LLP agree to accept service of the

4  Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No.

5  3:13-cv-03350-RS, on behalf of Defendant NEC Corporation ("NEC").   NEC shall have until

6  Friday, November 22, 2013 to file a response thereto.

7

8        IT IS SO STIPULATED.

9  Dated: September 9, 2013                      **ALSTON & BIRD LLP**

10                                                 */s/  Rodney J. Ganske*

11                                               RODNEY J. GANSKE
                                                 1201 W. Peachtree Street NW
12                                               Atlanta, Georgia 30309
                                                 TEL: (404) 881-7000
13                                               FAX: (404) 881-7777
                                                 rod.ganske@alston.com
14
                                                 Attorney for Plaintiffs Dell Inc. and Dell
15                                               Products L.P.

16

17  Dated: September 9, 2013                      **ROPES & GRAY LLP**

18                                                 */s/ Mark S. Popofsky*

19                                               MARK S. POPOFSKY
                                                 One Metro Center
20                                               700 12th Street NW, Suite 900
                                                 Washington, DC 2005-3948
21                                               TEL: (202) 508-4600
                                                 FAX: (202) 508-4650
22                                               mark.popofsky@ropesgray.com

23                                               Attorney for Defendants Hitachi-LG Data
                                                 Storage, Inc. and Hitachi-LG Data Storage
24                                               Korea, Inc.

25

26

27

28

1    Dated: September 9, 2013                    **BAKER BOTTS LLP**

2                                                */s/ Evan Werbel*

3                                                EVAN WERBEL

4                                                John Taladay
                                                 1299 Pennsylvania Ave. NW

5                                                Washington, DC 20004
                                                 TEL: (202) 383-7199

6                                                FAX: (202) 383-6610
                                                 evan.werbel@bakerbotts.com

7                                                john.taladay@bakerbotts.com

8                                                Attorneys for Defendants Koninklijike Philips
                                                 N.V., Lite-On IT Corp. of Taiwan, and Philips

9                                                & Lite-On Digital Solutions Corp., and Philips
                                                 & Lite-On Digital Solutions U.S.A., Inc.

10

11   Dated: September 9, 2013                    **DICKSTEIN SHAPIRO LLP**

12                                               */s/ Lisa M. Kaas*

13                                               LISA M. KAAS
                                                 Joel B. Kleinman

14                                               1825 Eye Street NW
                                                 Washington, DC 20006-540

15                                               TEL: (202) 420-2200
                                                 FAX: (202) 420-2201

16                                               kaasl@dicksteinshapiro.com
                                                 kleinmanj@dicksteinshapiro.com

17                                               Attorneys for Defendants BenQ Corporation
                                                 and BenQ America Corp.

18

19

20   Dated: September 9, 2013                    **O'MELVENY & MYERS LLP**

21                                               */s/ Ian Simmons*

22                                               IAN SIMMONS

23                                               1625 Eye Street NW
                                                 Washington, DC 20006

24                                               TEL: (202) 383-5106
                                                 FAX: (202) 383-5414

25                                               isimmons@omm.com

26                                               Attorney for Defendants Samsung Electronics
                                                 Co. Ltd. and Samsung Electronics of America,

27                                               Inc.

28

---

1

2   Dated: September 9, 2013                          **LATHAM & WATKINS LLP**

3                                                     _/s/ Belinda Lee_

4                                                     BELINDA LEE
                                                      505 Montgomery Street, Suite 2000
5                                                     San Francisco, CA, 94111
                                                      TEL: (415) 395-8240
6                                                     FAX: (415) 395-8095
                                                      belinda.lee@lw.com

7                                                     Attorney for Defendants Toshiba Corporation,
                                                      Toshiba America Information Systems, Inc.,
8                                                     Toshiba Samsung Storage Technology
                                                      Corp., and Toshiba Samsung Storage
9                                                     Technology Corp. Korea

10

    Dated: September 9, 2013                          **WINSTON & STRAWN LLP**
11
                                                      _/s/ Robert S. Pringle_
12
                                                      ROBERT B. PRINGLE
13                                                    101 California Street
                                                      San Francisco, CA, 94111-5894
14                                                    TEL: (415) 591-1000
                                                      FAX: (415) 591-1400
15                                                    rpringle@winston.com

16                                                    Attorney for Defendant NEC Corporation

17

18

19

20

21                                  *         *         *

22

23

24   IT IS SO ORDERED.

25   Dated: _ 9/12/13_____

26                                                    RICHARD SEEBORG
                                                      UNITED STATES DISTRICT JUDGE
27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE OF PROCESS                          Case No. 3:13-cv-03350-RS; MDL No. 2143