Michael P. Kenny, Esq. (Georgia Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (Georgia Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (Georgia Bar No. 283819)
rod.ganske@alston.com
Andrew J. Tuck, Esq. (Georgia Bar No. 402306)
Andy.tuck@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (State Bar No. 95535)
wagstaffe@kerrwagstaffe.com
Adrian J. Sawyer, Esq. (State Bar No. 203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
TEL: (415) 371-8500
FAX: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.<br><br>                    Plaintiffs,<br><br>v.<br><br>HITACHI-LG DATA STORAGE, INC.; HITACHI-LG DATA STORAGE KOREA, INC.; HITACHI, LTD.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; LITE-ON IT CORP. OF TAIWAN; KONINKLIJKE PHILIPS N.V.; BENQ CORPORATION; BENQ AMERICA CORP.; SONY CORPORATION; SONY OPTIARC INC.; NEC CORPORATION; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY ELECTRONICS, INC.; TOSHIBA CORPORATION; SAMSUNG | Case No.: 3:13-cv-03350-RS<br><br>MDL No. 2143<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS |

| | |
|---|---|
| 1 | ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP. KOREA; |
| | Defendants. |

## JOINT STIPULATION

It is stipulated by and between the undersigned parties, by their respective attorneys, that undersigned counsel of BOIES SCHILLER & FLEXNER LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS ("*Dell* Complaint"), on behalf of Sony Optiarc America Inc. ("SOA") and Sony Electronics, Inc. ("SEI"). Defendants Sony Corporation and Sony Optiarc Inc. ("Sony Optiarc") agree to waive service of the *Dell* Complaint and Dell will mail a copy of the *Dell* Complaint to Sony Corporation and Sony Optiarc via certified mail or United Parcel Service, addressed and delivered to a designated individual in the Sony Corporation Legal Department in Japan. The deadline for SOA, SEI, Sony Corporation, and Sony Optiarc (collectively, the "Sony/Optiarc Defendants") to answer, move to dismiss, or otherwise respond to the *Dell* Complaint shall be extended to December 6, 2013 or 90 days from receipt by all Sony/Optiarc Defendants of the *Dell* Complaint delivered in the manner described above, whichever is later. This stipulation does not constitute a waiver by the Sony/Optiarc Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

1
2  Dated: September 9, 2013
3  **ALSTON & BIRD LLP**                              **BOIES SCHILLER & FLEXNER LLP**
4  /s/    Rodney J. Ganske                            /s/    John F. Cove, Jr.
5  RODNEY J. GANSKE, Ga. Bar No. 283819               JOHN F. COVE JR.
   ALSTON & BIRD LLP                                  1999 Harrison Street, Suite 900
6  1201 W. Peachtree Street NW                        Oakland, CA 94612
   Atlanta, Georgia 30309                             TEL: (510) 874-1000
7  TEL: (404) 881-7000                                FAX: (510) 874-1460
   FAX: (404) 881-7777                                jcove@bsfllp.com
8  rod.ganske@alston.com

9  Attorney for Plaintiffs Dell Inc. and Dell         Attorney for Defendants Sony Corporation,
   Products L.P.                                      Sony Optiarc America, Inc., Sony Optiarc
10                                                    Inc., and Sony Electronics, Inc.
11
12
13
14
15
16
17                                    *      *      *
18
19
20  IT IS SO ORDERED.
21  Dated: _9/12/13_____
22                                                    RICHARD SEEBORG
                                                      UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE OF PROCESS                          Case No. 3:13-cv-03350-RS; MDL No. 2143